# In the United States Court of Federal Claims

No. 15-24C

(Filed: March 11, 2015)

```
*****************************************
                                          *
BOARHOG LLC,                              *
                                          *
                    Plaintiff,            *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant,            *
                                          *
*****************************************
```

ORDER

     On March 10, 2015, the Court held a hearing to address Plaintiff's third motion for a Temporary Restraining Order ("TRO"). For the reasons stated on the record, the Court DENIES Plaintiff's motion. The Court also addressed Plaintiff's request for additional discovery in the form of depositions of LaShawn Brown and Lauren Orrok. That request is DENIED.

     IT IS SO ORDERED.

s/ Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge